**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIRSCH and CINDY HIRSCH,<br><br>　　　　　Plaintiffs,<br>　　v.<br>STEPHEN W. HARGETT, CHRISTOPHER P. HARGETT, JOHN E. HARGETT, AND 678 KIRK LLC.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-08371-ODW (AGRx)<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (ECF No. 36) it is **HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court dismisses Plaintiffs' Third Amended Complaint on the merits and with prejudice with respect to Plaintiffs' first, second, third, and fourth claims for relief;
2. The Court declines to exercise supplemental jurisdiction over Plaintiffs' fifth, sixth, and seventh claims for relief and dismisses those claims without prejudice;
3. Plaintiffs shall recover nothing from Defendants; and
4. The Court **VACATES** all dates and deadlines.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 26, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**